IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:13-CR-155-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF ABATEMENT |
| | ) | |
| FRANKLIN DELANO RIVERA MEDINA | ) | |

Upon motion of the Government, and for good cause shown, it is HEREBY ORDERED that the pending case against the defendant FRANKLIN DELANO RIVERA MEDINA is abated.

So ORDERED, this 28 day of January, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE